UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:12-cr-384-T-17EAJ

MARTERRENCE HOLLOWAY
MAURICE J. LARRY

### FINAL JUDGMENT OF FORFEITURE

THIS CAUSE comes before the Court upon the United States' Motion for a Final Judgment of Forfeiture, pursuant to 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, for the following property:

a. A 2010 Chevrolet Camaro, Vehicle Identification Number 2G1FK1EJXA9187100, titled to Corrie Antonio Jones;

b. A 2010 Chevrolet Camaro, Vehicle Identification Number 2G1FK1EJ6A9202806, titled to Michelle Rena Haywood;

c. A 2011 TAO MC silver motor scooter, Vehicle Identification Number L9NTCAPA7B1001170, titled to Terrence Dixon;

d. A 2011 Dodge Charger, Vehicle Identification Number 2B3CL3CG9BH532166, titled to Shannelle Wilson;

e. A 2005 Dodge Magnum, Vehicle Identification Number 2D4FV48T15H571598, titled to Freddie Larry; and

f. An Apple iPad, assorted jewelry, a watch, and $779.00 in United States currency seized from the defendant's bedroom in September 2011.

In addition, pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. §§ 982(b) and 1029(c)(2), 28 U.S.C. § 2461(c), and Rule 32.2(e)(1)(B), the United States moves for a Final Judgment of Forfeiture for the laptop computers seized

from a storage unit in September 2012, as substitute assets in partial satisfaction of the defendant Larry's $181,890.10 forfeiture money judgment.

On June 11, 2013, the Court entered a $181,890.10 Forfeiture Money Judgment, and a Preliminary Order of Forfeiture for the assets described above, against defendant Larry, pursuant to 18 U.S.C. §§ 981(a)(1)(C), 982(a)(2)(B), 1029(c)(1)(C), 28 U.S.C. § 2461(c) and a Preliminary Order of Forfeiture for Substitute Assets, pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. §§ 982(b) and 1029(c)(2), 28 U.S.C. § 2461(c). Doc. 63

On September 11, 2013, the Court entered a $238,573.30 Forfeiture Money Judgment, and a Preliminary Order of Forfeiture for the assets described above, against defendant Holloway, pursuant to 18 U.S.C. §§ 981(a)(1)(C), 982(a)(2)(B), 1029(c)(1)(C), 28 U.S.C. § 2461(c). Doc. 82.

The Court finds that in accordance with 21 U.S.C. § 853(n) and Rule 32.2(b)(6)(C), the United States published notice of the forfeiture and of its intent to dispose of the assets on the official government website, www.forfeiture.gov, from September 20, 2013 through October 19, 2013. Doc. 92. The publication gave notice to all third parties with a legal interest in the assets to file with the Office of the Clerk, United States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interest within 60 days of the first date of publication.

The Court further finds that, the only individuals known to have a potential interest in the assets other than the defendants Holloway and Larry, whose

interests were forfeited to the United States in the Preliminary Orders of Forfeiture, are Freddie Larry, Michelle Rena Haywood, Corrie Antonio Jones, Terrance A. Dixon, and Shanelle Wilson, nominees for defendant Holloway. In accordance with the requirements of 21 U.S.C. § 853(n), on September 20, 2013, the United States sent notices of this forfeiture action and instructions on filing claims for the assets via certified United States mail and first class mail. No one has filed a petition or claimed an interest in the assets, and the time for filing such petition has expired

Accordingly, it is hereby:

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' motion is GRANTED.

It is FURTHER ORDERED that pursuant to 21 U.S.C. § 853(n)(7) and Federal Rule of Criminal Procedure 32.2(c)(2), all right, title and interest in the assets identified above is CONDEMNED and FORFEITED to the United States for disposition according to law.

Clear title to the assets is now vested in the United States of America.

DONE and ORDERED in Tampa, Florida, this ___17th___ day of ___December___, 2013.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record