UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:12-cr-384-T-17EAJ

MARTERRENCE HOLLOWAY

**PRELIMINARY ORDER OF FORFEITURE FOR SUBSTITUTE ASSETS**

THIS CAUSE comes before the Court upon the United States' Motion for a Preliminary Order of Forfeiture for the following as substitute assets in partial satisfaction of the defendant's $238,573.30 forfeiture money judgment:

a. A Gucci wallet;

b. A 73" Mitzubishi TV, Model Number WD-73738, Serial Number 308651;

c. A Sony Cyber Shot Camera;

d. 12 Rims, Model Number ROCK STXRR/4 tires; and

e. An iPhone.

Being fully advised of the relevant facts, the Court hereby finds that a Forfeiture Money Judgment was entered against the defendant in the amount of $238,573.30 and that the United States is entitled to substitute assets to satisfy that forfeiture money judgment.

Accordingly, it is hereby:

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' motion is GRANTED.

It is FURTHER ORDERED that, pursuant to the provisions of 21 U.S.C. § 853(p), 18 U.S.C. § 982(b)(1), 28 U.S.C. § 2461(c), and Rule 32.2(e)(1)(B) of the Federal Rules of Criminal Procedure, the defendant's interest in the substitute assets identified above are hereby forfeited to the United States for disposition according to law.

The United States shall credit the defendant's forfeiture money judgment with the net proceeds from the assets.

The Court retains jurisdiction to address any third party claim that may be asserted in these proceedings, to enter any further order necessary for the forfeiture and disposition of such property, and to order any other substitute assets forfeited to the United States up to the amount of the forfeiture money judgment.

DONE and ORDERED in Tampa, Florida, this 11th day of March, 2014.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
Natalie Hirt Adams, AUSA
Counsel of Record

2