UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                    Case No. 8:12-cr-384-T-17EAJ

MARTERRENCE HOLLOWAY

## FINAL JUDGMENT OF FORFEITURE FOR SUBSTITUTE ASSETSS

THIS CAUSE comes before the Court upon the United States' Motion for a

Final Judgment of Forfeiture, pursuant to 21 U.S.C. § 853(n)(7), and Rule

32.2(c)(2) of the Federal Rules of Criminal Procedure, for the following property, as

substitute assets in partial satisfaction of the defendant's $238,573.30 forfeiture

money judgment:

      a.    A Gucci wallet;

      b.    A 73" Mitzubishi TV, Model Number WD-73738, Serial Number 308651;

      c.    A Sony Cyber Shot Camera;

      d.    12 Rims, Model Number ROCK STXRR/4 tires; and

      e.    An iPhone.

On March 13, 2014, the Court entered a Preliminary Order of Forfeiture for

Substitute Assets for property the identified above, pursuant to 21 U.S.C. § 853(p),

as incorporated by 18 U.S.C. § 982(b)(1) and 28 U.S.C. § 2461(c).   Doc. 103.

In accordance with 21 U.S.C. § 853(n) and Rule 32.2(b)(6)(C), the United

States published notice of the forfeiture and of its intent to dispose of the assets on

the official government website, www.forfeiture.gov, from March 14, 2014 through

April 12, 2014.   Doc. 104.   The publication gave notice to all third parties with a

legal interest in the assets to file with the Office of the Clerk, United States District

Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801

North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interest

within 60 days of the first date of publication.   No third party has filed a petition or

claimed an interest in the assets, and the time for doing so has expired.

Accordingly, it is hereby:

ORDERED, ADJUDGED, and DECREED that for good cause shown, the

United States' motion is GRANTED.

It is FURTHER ORDERED that pursuant to the provisions of 21 U.S.C.

§ 853(n)(7) and Federal Rule of Criminal Procedure 32.2(c)(2), all right, title and

interest in the assets identified above are CONDEMNED and FORFEITED to the

United States for disposition according to law.

Clear title to the assets is now vested in the United States of America.

DONE and ORDERED in Tampa, Florida, this _____ day

of _____, 2014.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
Natalie Hirt Adams, AUSA
Counsel of Record

2