UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:12-cr-384-T-17EAJ

MARTERRENCE HOLLOWAY

### ORDER VACATING PRELIMINARY ORDER OF FORFEITURE AND FINAL JUDGMENT OF FORFEITURE FOR SUBSTITUTE ASSETS AS TO CERTAIN PROPERTY

THIS CAUSE comes before the Court upon the filing of the United States' Motion to vacate the Preliminary Order of Forfeiture (Doc. 103) and Final Judgment of Forfeiture (Doc. 108) for Substitute Assets, only as they relate to the 12 Rims, Model Number ROCK STXRR/4 tires and an iPhone (items 'd' and 'e').

Being fully advised of the relevant facts, the Court hereby finds that the assets identified above were misidentified in the Preliminary Order of Forfeiture and the Final Judgment of Forfeiture.

Accordingly, it is hereby:

ORDERED, ADJUDGED AND DECREED that for good cause shown, the Motion of the United States is hereby GRANTED.

It is FURTHER ORDERED that the Preliminary Order of Forfeiture and Final Judgment of Forfeiture be vacated solely as to the assets identified above.

It is FURTHER ORDERED that the remainder of the Preliminary Order of Forfeiture and Final Judgment of Forfeiture remain in full force and effect.

**DONE and ORDERED** in Tampa, Florida, this 3rd day of June , 2014.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
Natalie Hirt Adams, AUSA
Counsel of Record